**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DELTA HEALTH ALLIANCE, INC.**                                                        **PLAINTIFF**

**V.**                                                             **NO. 4:15-CV-00058-JMV**

**SYLVIA MATHEWS BURWELL,** *In Her
Official Capacity as Secretary, Department of Health
And Human Services, et al.*                                     **DEFENDANTS**

### ORDER CLOSING CASE

On August 14, 2017, the parties, Delta Health Alliance, Inc.; Sylvia Mathews Burwell, In Her Official Capacity as Secretary, Department of Health and Human Services; and the United States Department of Health and Human Services, filed a "Stipulation of Dismissal with Prejudice" [29], which is signed on behalf of the parties by their respective counsel of record. In the document, the parties "stipulate in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims asserted in this action by Plaintiff . . . are fully and finally dismissed with prejudice and, further, that each party shall bear its own costs and expenses and no court costs shall be taxed." Accordingly, the Clerk of the Court is directed to **CLOSE** this case.

**SO ORDERED**, this 16th day of August, 2017.

                                                                                       /s/ Jane M. Virden
                                                                                       U. S. Magistrate Judge